BROOKE A. M. TAYLOR *(Pro Hac Vice)*
btaylor@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 3rd Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 373-7383
Facsimile: (206) 516-3883

STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
AMANDA BONN (270891)
abonn@susmangodfrey.com
DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
RAVI DOSHI (297851)
rdoshi@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Attorneys for Defendant Zillow, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IAN FREEMAN, an individual and as the representative of a class of similarly situated persons,<br><br>        Plaintiff,<br>v.<br><br>ZILLOW, INC., a Washington corporation; and DOES 1 through 50, inclusive<br><br>        Defendants. | Case No. SACV 14-01843 JLS (DFMx)<br><br>DECLARATION OF AMANDA K. BONN IN SUPPORT OF ZILLOW, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Hearing Date:   February 5, 2016<br>Hearing Time:   2:30 p.m.<br>Courtroom:      10A |

4037022v1/014495

I, Amanda K. Bonn, declare as follows:

1. I am an attorney employed by Susman Godfrey L.L.P., and one of the attorneys representing the Defendant in this matter. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto. I make this declaration in support of Zillow, Inc.'s Opposition to Plaintiff's Motion for Class Certification. I have personal, first-hand knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

2. Between December 2014 and December 2015, 31 individuals who have worked for Zillow in California as Inside Sales Consultants ("ISCs") signed declarations relating to this case. *See* Exs. 1-31. Zillow produced these documents in rolling productions on September 28, 2015, October 15, 2015, and November 13, 2015, in advance of Plaintiff's deadline to move for class certification.

3. Plaintiff did not produce any of the seven declarations from former ISCs supporting his Motion for Class Certification to Zillow. Instead, Zillow received those declarations for the first time when Plaintiff filed his Motion for Class Certification on November 20, 2015.

4. Before Plaintiff filed his Motion for Class Certification, his counsel never met-and-conferred with Zillow regarding the motion, as required by this Court's Local Rule 7-3.

5. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Joelle Nadine Alvord, signed on September 16, 2015 and produced bearing Bates number Zillow-IF 000045-51.

6. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Rachel Ballard, signed on September 17, 2015 and produced bearing Bates number Zillow-IF 000052-57.

7. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Curtis Butler, signed on September 16, 2015 and produced bearing Bates number Zillow-IF 000058-64.

8. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Peter Carr, signed on September 17, 2015 and produced bearing Bates number Zillow-IF 000065-70.

9. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Christopher Conner, signed on September 16, 2015 and produced bearing Bates number Zillow-IF 000071-75.

10. Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of Erica Denessen, signed on September 16, 2015 and produced bearing Bates number Zillow-IF 000076-82.

11. Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of Cierra DeVille, signed on September 17, 2015 and produced bearing Bates number Zillow-IF 000083-88.

12. Attached hereto as Exhibit 8 is a true and correct copy of the Declaration of Jorin Efstathiou, signed on September 17, 2015 and produced bearing Bates number Zillow-IF 000089-96.

13. Attached hereto as Exhibit 9 is a true and correct copy of the Declaration of Lane Ellis, signed on September 16, 2015 and produced bearing Bates number Zillow-IF 000097-102.

14. Attached hereto as Exhibit 10 is a true and correct copy of the Declaration of Brittany Fisher, signed on September 18, 2015 and produced bearing Bates number Zillow-IF 000103-108.

15. Attached hereto as Exhibit 11 is a true and correct copy of the Declaration of Alex Franco, signed on September 17, 2015 and produced bearing Bates number Zillow-IF 000109-115.

16. Attached hereto as Exhibit 12 is a true and correct copy of the Declaration of Christopher Giannos, signed on September 18, 2015 and produced bearing Bates number Zillow-IF 000116-123.

17. Attached hereto as Exhibit 13 is a true and correct copy of the Declaration of Deanna Haas, signed on October 8, 2015 and produced bearing Bates number Zillow-IF 0000207-212.

18. Attached hereto as Exhibit 14 is a true and correct copy of the Declaration of Theodore Young Ham, signed on September 16, 2015 and produced bearing Bates number Zillow-IF 000201-206.

19. Attached hereto as Exhibit 15 is a true and correct copy of the Declaration of Valerie Hansen Kennard, signed on September 16, 2015 and produced bearing Bates number Zillow-IF 000124-130.

20. Attached hereto as Exhibit 16 is a true and correct copy of the Declaration of Anthony Lanza, signed on September 17, 2015 and produced bearing Bates number Zillow-IF 000131-136.

21. Attached hereto as Exhibit 17 is a true and correct copy of the Declaration of Mallory Lingane, signed on December 2, 2014 and produced bearing Bates number Zillow-IF 000213-217.

22. Attached hereto as Exhibit 18 is a true and correct copy of the Declaration of Tom Martin, signed on September 17, 2015 and produced bearing Bates number Zillow-IF 000137-143.

23. Attached hereto as Exhibit 19 is a true and correct copy of the Declaration of Matthew Mason, signed on October 13, 2015 and produced bearing Bates number Zillow-IF 000218-224.

24. Attached hereto as Exhibit 20 is a true and correct copy of the Declaration of Vincent Nasca, signed on September 16, 2015 and produced bearing Bates number Zillow-IF 000144-150.

25. Attached hereto as Exhibit 21 is a true and correct copy of the Declaration of Vy Nguyen, signed on September 17, 2015 and produced bearing Bates number Zillow-IF 000131-155.

26. Attached hereto as Exhibit 22 is a true and correct copy of the Declaration of Krista Norwood, signed on September 17, 2015 and produced bearing Bates number Zillow-IF 000156-161.

27. Attached hereto as Exhibit 23 is a true and correct copy of the Declaration of Edward Oh, signed on October 13, 2015 and produced bearing Bates number Zillow-IF 000225-231.

28. Attached hereto as Exhibit 24 is a true and correct copy of the Declaration of Shelly Paler, signed on September 17, 2015 and produced bearing Bates number Zillow-IF 000162-167.

29. Attached hereto as Exhibit 25 is a true and correct copy of the Declaration of Daniel Reinhardt, signed on September 18, 2015 and produced bearing Bates number Zillow-IF 000168-175.

30. Attached hereto as Exhibit 26 is a true and correct copy of the Declaration of Sherry Shokoohi, signed on September 17, 2015 and produced bearing Bates number Zillow-IF 000176-181

31. Attached hereto as Exhibit 27 is a true and correct copy of the Declaration of Trevor Stone, signed on September 17, 2015 and produced bearing Bates number Zillow-IF 000182-187.

32. Attached hereto as Exhibit 28 is a true and correct copy of the Declaration of Jami Thomas, signed on October 13, 2015 and produced bearing Bates number Zillow-IF 000232-239.

33. Attached hereto as Exhibit 29 is a true and correct copy of the Declaration of Arthur Valenzuela, signed on September 16, 2015 and produced bearing Bates number Zillow-IF 000188-194.

34. Attached hereto as Exhibit 30 is a true and correct copy of the Declaration of Adam Weersing, signed on September 16, 2015 and produced bearing Bates number Zillow-IF 000195-200.

35. Attached hereto as Exhibit 31 is a true and correct copy of the Declaration of Christopher Welch, signed on November 12, 2015 via DocuSign and produced bearing Bates number Zillow-IF 001822-1828.

36. Attached hereto as Exhibit 32 is a true and correct copy of excerpts from the First Amended Complaint for Damages filed in *Kremer v. Zillow, Inc.*, Case No. SACV 14-01889-DOC-DFM (C.D. Cal. Feb. 23, 2015), Dkt. No. 35.

37. Attached hereto as Exhibit 33 is a true and correct copy of excerpts from Plaintiffs' Consolidated Complaint for Damages filed in *Boehler et al. v. Zillow, Inc.*, Case No. SACV 14-01844-DOC-DFM (C.D. Cal. Jun. 22, 2015), Dkt. No. 32.

38. Attached hereto as Exhibit 34 is a true and correct copy of excerpts from the First Amended Complaint for Damages filed in *Young v. Zillow, Inc.*, Case No. SACV 14-01922-DOC-DFM (C.D. Cal. Mar. 6, 2015), Dkt. No. 23.

39. Attached hereto as Exhibit 35 is a true and correct copy of excerpts from the First Amended Complaint for Damages filed in *Johnson et al. v. Zillow, Inc.*, Case No. SACV 14-01991-DOC-DFM (C.D. Cal. Apr. 15, 2015), Dkt. No. 21.

40. Attached hereto as Exhibit 36 is a true and correct copy of excerpts from the transcript of the deposition of Stephen Johnson dated December 22, 2015, and Exhibits 2 and 3 thereto.

41. Attached hereto as Exhibit 37 is a true and correct copy of excerpts from the transcript of the deposition of Ian Freeman dated December 27, 2015.

42. Attached hereto as Exhibit 38 is a true and correct copy of excerpts from Defendant Zillow, Inc.'s Responses to Plaintiff Ian Freeman's Interrogatories, Set One (1), served in this case on September 4, 2015.

43. Attached hereto as Exhibit 39 is a true and correct copy of excerpts from Plaintiff Ian Freeman's Initial Disclosures, dated June 30, 2015.

44. Attached hereto as Exhibit 40 is a true and correct copy of excerpts from Plaintiff Stephen Johnson's Responses to Defendant Zillow, Inc.'s Interrogatories (Set One), served on July 31, 2015, in *Johnson et al. v. Zillow, Inc.*, Case No. SACV 14-01991-DOC-DFM (C.D. Cal. July 31, 2015).

45. Attached hereto as Exhibit 41 is a true and correct copy of excerpts from Plaintiff Reginald Peterson's Responses to Defendant Zillow, Inc.'s Interrogatories (Set One), served on July 31, 2015, in *Johnson et al. v. Zillow, Inc.*, Case No. SACV 14-01991-DOC-DFM (C.D. Cal. July 31, 2015).

46. Attached hereto as Exhibit 42 is a true and correct copy of excerpts from Plaintiff Jason Youseph's Responses to Defendant Zillow, Inc.'s Interrogatories (Set One), served on July 31, 2015, in *Johnson et al. v. Zillow, Inc.*, Case No. SACV 14-01991-DOC-DFM (C.D. Cal. July 31, 2015).

47. Attached hereto as Exhibit 43 is a true and correct copy of excerpts from Zillow's Answer to First Amended Complaint for Damages, Affirmative Defenses, and Counterclaims Against Plaintiffs Johnson, Peterson, and Youseph, filed in *Johnson et al. v. Zillow, Inc.*, Case No. SACV 14-01991-DOC-DFM (C.D. Cal. Jun. 16, 2015), Dkt. No. 33.

48. Attached hereto as Exhibit 44 is a true and correct copy of excerpts from Plaintiff Rachel Kremer's Supplemental Initial Disclosures, served on August 18, 2015, in *Kremer v. Zillow, Inc.*, Case No. SACV 14-01889-DOC-DFM (C.D. Cal. Aug. 18, 2015).

49. Attached hereto as Exhibit 45 is a true and correct copy of excerpts from Plaintiffs' Ashley Boehler's and James Friedrich's Supplemental Initial Disclosures, served on August 18, 2015, in *Boehler et al. v. Zillow, Inc.*, Case No. SACV 14-01844-DOC-DFM (C.D. Cal. Aug. 18, 2015).

50. Attached hereto as Exhibit 46 is a true and correct copy of excerpts from Plaintiff Jennifer Young's Supplemental Initial Disclosures, served on August 18, 2015, in *Young v. Zillow, Inc.*, Case No. SACV 14-01922-DOC-DFM (C.D. Cal. Aug. 18, 2015).

51. Attached hereto as Exhibit 47 is a true and correct copy of excerpts from Plaintiffs Stephen Johnson's, Reginald Peterson's, Ryan Seda's, Jason Youseph's, and Michael Kerr's Supplemental Initial Disclosures, served on August 18, 2015, in *Johnson et al. v. Zillow, Inc.*, Case No. SACV 14-01991-DOC-DFM (C.D. Cal. Aug. 18, 2015).

52. Attached hereto as Exhibit 48 is a true and correct copy of excerpts from Defendant Zillow, Inc.'s Response to Plaintiff Rachel Kremer's Interrogatories (Set One), served on September 11, 2015, in *Kremer v. Zillow, Inc.*, Case No. SACV 14-01889-DOC-DFM (C.D. Cal. Sept. 11, 2015). These Interrogatory responses identify a document produced by Zillow and bearing Bates label Zillow-473 pursuant to Federal Rule of Civil Procedure 33(d).

53. Attached hereto as Exhibit 49 is a true and correct copy of a document bearing Bates label Zillow000000473, as referenced in Exhibit 48, and produced by Zillow in *Kremer v. Zillow, Inc.*, Case No. SACV 14-01889-DOC-DFM (C.D. Cal. Sept. 11, 2015).

54. Attached hereto as Exhibit 50 is a true and correct copy of excerpts from the parties' Joint Rule 26(f) Report, Dkt. No. 30, filed in this case on March 27, 2015.

55. Attached hereto as Exhibit 51 is a true and correct copy of Order Granting in Part and Denying in Part Plaintiff's Motion to Certify a Class Action, *Eddings v. Health Net, Inc.*, Case No. CV 10-1744-JST (MANx) (C.D. Cal. Feb. 23, 2011), Dkt. No. 109.

56. Attached hereto as Exhibit 52 is a true and correct copy of Order Denying Plaintiff's Motion for Class Certification, *Peabody v. Orange County*

*Transportation Authority*, Case No. SACV 13-1226-JLS (ANx) (C.D. Cal. July 7, 2015), Dkt. No. 79.

57. Attached hereto as Exhibit 53 is a true and correct copy of Civil Minutes-General (In Chambers) Order re: Motion to Certify Class, *de la Cueva v. Alta Dena Certified Dairy, LLC*, Case No. CV 12-1804-GHK (CWx) (C.D. Cal. May 9, 2013), Dkt. No. 61.

58. Exhibits 54 – 60 are left intentionally blank.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of December, 2015.

        */s/Amanda K. Bonn*
        Amanda K. Bonn