# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 14-01843-JLS-(DFMx) | Date | November 18, 2016 |
|---|---|---|---|
| Title | Ian Freeman v. Zillow, Inc., et al. | | |

| Present: The Honorable | JOSEPHINE L. STATON, U.S. DISTRICT JUDGE |
|---|---|

| Terry Guerrero | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark Geragos<br>Matthew Hoesly | Amanda Bonn |

**Proceedings:**   STATUS CONFERENCE RE SETTLEMENT

     Hearing held. Court and counsel confer. Settlement reached. Motion for Preliminary Approval shall be filed, no later than December 2, 2016.

|  | 00 | : | 05 |
|---|---|---|---|
| Initials of Preparer | tg | | |