UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JAN 23 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IAN FREEMAN, individually and as the representative of a class of similarly-situated persons,<br><br>                    Plaintiff-Appellee,<br><br>   v.<br><br>ZILLOW, INC., a Washington corporation,<br><br>                    Defendant-Appellant. | No.    16-55817<br><br>D.C. No.<br>8:14-cv-01843-JLS-DFM<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Before:  REINHARDT, PAEZ, and BEA, Circuit Judges.

The parties' joint motion to dismiss this appeal as moot (Docket Entry No. 17) is granted.  *See Village of Gambell v. Babbitt*, 999 F.2d 403, 406 (9th Cir. 1993).

**DISMISSED.**

KAM/MOATT